IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-62,206-04






EX PARTE RANDAL LEE THOMPSON, Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS

CAUSE NUMBER CR04-0150-415 IN THE 415TH DISTRICT COURT

PARKER COUNTY





 Per curiam.



O R D E R


 This is an application for a writ of habeas corpus that was transmitted to this Court
by the clerk of the trial court pursuant to the provisions of Article 11.07, Section 3, of the
Texas Code of Criminal Procedure. Ex Parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App.
1967). Applicant was convicted of possession of a prohibited weapon. His sentence was
assessed at a term of five (5) years' confinement. No direct appeal was taken.

 After a review of the record, we find that Applicant's claims that do not challenge his
conviction are without merit. Therefore, we deny relief.

 Applicant's remaining claims are dismissed as a subsequent application. Tex. Code
Crim. Proc. Art. 11.07, § 4(a)-(c).


DELIVERED: December 6, 2006

DO NOT PUBLISH